IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON LANE CLARK, ) | |
| AIS # 310480, ) | |
| ) | |
| Petitioner, ) | |
| ) | CASE NO. 2:20-CV-287-RAH |
| v. ) | |
| ) | |
| JOSEPH HEADLEY, *et al*., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On May 2, 2023, the Magistrate Judge recommended the Petition for Writ of Habeas Corpus be DENIED. On May 23, 2023, Petitioner Jason Lane Clark filed Objections (Doc. 22) to the Recommendation of the Magistrate Judge (Doc. 19).

The Court has independently reviewed the file and reviewed, *de novo*, the Objections and Recommendation. *See* 28 U.S.C. § 636(b). Petitioner disagrees with the Magistrate Judge's determination that he did "not show that the state-court rulings denying his ineffective-assistance claims were (1) contrary to, or an unreasonable application of, clearly established federal law as determined by the United States Supreme Court, or (2) based on unreasonable determinations of the facts in light of the evidence presented." (Doc. 19 at 15.) This Court agrees with the Magistrate Judge that the psychologist's "low-risk" assessment and other

relevant elements of both psychologist reports were considered, and rejected, by the state courts. As discussed in the Recommendation, the sentencing judge explained his reasons for imposing the maximum sentences, including his impression of the Petitioner's dangerousness. Moreover, the Petitioner's consecutive sentences of twenty years for each conviction was within the statutory range of punishment.

Upon this Court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 22) are OVERRULED.

2. The Recommendation (Doc. 19) is ADOPTED.

3. The Petition is DISMISSED with prejudice.

DONE, on this the 15th day of June 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE